IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


SAM EDWARD THURMOND, SR, ET AL.                                    PLAINTIFFS


VS.                        CASE NO.  4:07CV01089 JMM/HDY


KARL BYRD, ET AL.                                                  DEFENDANT


ORDER

Plaintiff Sma Edward Thurmond, Sr., a pre-trial detainee currently held at the Faulkner County Detention Facility, filed a *pro se* complaint (docket entry #2), pursuant to 42 U.S.C. § 1983, on November 6, 2007.  On November 13, 2007, Thurmond amended his complaint to add James Welspom and Sylvester Kirkwood as Defendants (docket entry #3).  No filing fee was paid, and only Thurmond Filed an application for leave to proceed *in forma pauperis.*

On November 14, 2007, the Court entered an order granting Thurmond *in forma pauperis* status, and directing Welspom and Kirkwood to pay the full filing fee, or to file an application for leave to proceed *in forma pauperis*, and to submit amended complaints (docket entry #6).  Now pending is Kirkwood's motion to voluntarily dismiss his claims (docket entry #8).  For good cause shown, Kirkwood's motion (docket entry #8) is GRANTED, his claims are DISMISSED WITHOUT PREJUDICE, and his name is removed as a party Plaintiff.

IT IS SO ORDERED this 27 day of November, 2007.


_____