## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

SAM EDWARD THURMOND, SR. *et al.*                                              PLAINTIFF

V.                                    4:07CV01089 JMM/HDY

KARL BYRD *et al.*                                                            DEFENDANTS

## ORDER

Defendants have filed an answer in this case which contains the correct name of Defendant Howard Bryan (docket entry #28). The Clerk is directed to change the style of the case to reflect the correct name of Defendant Howard Bryan.

IT IS SO ORDERED this __26__ day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE