IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**SAM EDWARD THURMOND, SR.**                                 **PLAINTIFF**

**V.**                       **4:07CV01089 JMM/HDY**

**KARL BYRD** *et al*                                     **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's claims against Defendants Faulkner County Detention Center and Faulkner County Sheriff's Department are DISMISSED WITH PREJUDICE, and their names are removed as party Defendants.

2. Plaintiff's motion for injunctive relief (docket # 2) is DENIED.

3. Plaintiff James Welspom's claims are DISMISSED WITHOUT PREJUDICE, and his name is removed as a party Plaintiff.

DATED this 3rd day of March, 2008.

                                                         _____
                                                         James M. Moody
                                                         United States District Judge