# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

SAM EDWARD THURMOND, SR.                                                    PLAINTIFF

V.                                     4:07CV01089 BSM

KARL BYRD *et al.*                                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 3rd day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE